any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 791 N.W.2d 376.

---

### No. 10-8112. Lisa J. Gillard, Petitioner v. Board of Trustees of Community College District No. 508.

562 U.S. 1211, 131 S. Ct. 1510, 179 L. Ed. 2d 295, 2011 U.S. LEXIS 1290.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit dismissed. See Rule 39.8.

Same case below, 393 Fed. Appx. 399.

---

### No. 10-8210. Barry Northcross Patterson, Petitioner v. Dora B. Schriro, et al.

562 U.S. 1212, 131 S. Ct. 1520, 179 L. Ed. 2d 295, 2011 U.S. LEXIS 1308.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

---

### No. 10-8572. Henry Francis, Petitioner v. United States.

562 U.S. 1212, 131 S. Ct. 1548, 179 L. Ed. 2d 295, 2011 U.S. LEXIS 1262.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis

denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Kagan took no part in the consideration or decision of this motion and this petition.

---

### No. 10A827. Timothy Wayne Adams, Applicant v. Texas.

562 U.S. 1212, 131 S. Ct. 1567, 179 L. Ed. 2d 295, 2011 U.S. LEXIS 1710.

February 22, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied.

---

### No. 10M69. S. G., Petitioner v. J. H.

562 U.S. 1213, 131 S. Ct. 1552, 179 L. Ed. 2d 295, 2011 U.S. LEXIS 1376.

February 22, 2011. Motion for leave to proceed as a veteran denied.

---

### No. 10M70. Sealed Appellant, Petitioner v. Sealed Appellee.

562 U.S. 1213, 131 S. Ct. 1552, 179 L. Ed. 2d 295, 2011 U.S. LEXIS 1458.

February 22, 2011. Motion for leave to file a petition for a writ of certiorari under seal with redacted copies for the public record granted.